1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10 ANDREW S. HODGINS,

11          Plaintiff,             No. CIV S-05-0682 MCE GGH P

12    vs.

13 JEANNE S. WOODFORD, Director of
California Dept. of Corrections, et al.,

14

15          Defendants.          <u>ORDER</u>

16    _____/

17          Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42

18 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C.

19 § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C.

20 § 636(b)(1).

21          Plaintiff has submitted a declaration that makes the showing required by 28

22 U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

23          Plaintiff is required to pay the statutory filing fee of $250.00 for this action.  28

24 U.S.C. §§ 1914(a), 1915(b)(1).  An initial partial filing fee of $22.20 will be assessed by this

25 order.  28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate agency to

26 collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the

1

1   Court.  Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the

2   preceding month's income credited to plaintiff's prison trust account.  These payments will be

3   forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's

4   account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

5          The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983

6   and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a

7   reasonable opportunity to prevail on the merits of this action.

8          In accordance with the above, IT IS HEREBY ORDERED that:

9          1.  Plaintiff's request for leave to proceed in forma pauperis is granted.

10          2.  Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action.

11   Plaintiff is assessed an initial partial filing fee of $22.20.  All fees shall be collected and paid in

12   accordance with this court's order to the Director of the California Department of Corrections

13   filed concurrently herewith.

14          3.  Service is appropriate for the following defendants: Jeanne Woodford,

15   Rosanne Campbell, Scott Kernan, A. Burruel, N. Grannis.

16          4.  The Clerk of the Court shall send plaintiff five (5) USM-285 forms, one

17   summons, an instruction sheet and a copy of the complaint filed April 8, 2005.

18          5.  Within thirty days from the date of this order, plaintiff shall complete the

19   attached Notice of Submission of Documents and submit the following documents to the court:

20                  a.  The completed Notice of Submission of Documents;

21                  b.  One completed summons;

22                  c.  One completed USM-285 form for each defendant listed in number 3

23                  above; and

24                  d.  Six (6) copies of the endorsed complaint filed April 8, 2005.

25          6.  Plaintiff need not attempt service on defendants and need not request waiver of

26   service.  Upon receipt of the above-described documents, the court will direct the United States

1  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

2  without payment of costs.

3  DATED: 8/24/05

4
                                        /s/ Gregory G. Hollows
5                                        _____
                                        GREGORY G. HOLLOWS
6                                        UNITED STATES MAGISTRATE JUDGE

7
   GGH:009
8  hodg0682.1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANDREW S. HODGINS,

11          Plaintiff,                    No. CIV S-05-0682 MCE GGH P

12     vs.

13   JEANNE S. WOODFORD, Director of
     California Dept. of Corrections, et al.,
14

15          Defendants.             NOTICE OF SUBMISSION        _____

16   _____/     OF DOCUMENTS

17          Plaintiff hereby submits the following documents in compliance with the court's

18   order filed _____:

19          _One_            completed summons form

20          _Five_           completed USM-285 forms

21          _Six_            copies of the  _April 8, 2005_
                                          Complaint
22   DATED:

23

24                                        _____
                                          Plaintiff
25

26