IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW S. HODGINS,

      Plaintiff,                    No. CIV S-05-0682 MCE GGH P

    vs.

JEANNE S. WOODFORD, Director of
California Department of Corrections, et al.,

      Defendants.            <u>ORDER</u>

           /

        Plaintiff has requested an extension of time to file the completed Notice of Submission of Documents, one completed summons, five completed USM-285 forms and six copies of the endorsed complaint filed April 8, 2005 pursuant to the court's order of August 25, 2005. In addition, plaintiff has included a receipt indicating that he has paid $120.00 of the filing fee in this case. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 28, 2005 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file the completed Notice of Submission of Documents, one completed summons, five completed USM-285 forms and six copies of the endorsed complaint filed April 8, 2005 pursuant to the court's order of August 25, 2005.

\\\\\

3. The Clerk of the Court is directed to alert the court's Financial Dept. to the copy of the receipt contained in the filing of docket entry # 9, so that plaintiff may be credited with payment of $120.00 toward the filing fee in this case.

DATED: 10/5/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/kf
hodg0682.36