IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW S. HODGINS,** | 2:05-cv-0682 MCE GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **JEANNE S. WOODFORD, et al,** | |
| Defendants. | |

It is hereby ordered that Discovery as to Defendants Burruel, Grannis, Kernan, and Woodford will be stayed pending the Court's decision on the Motion to Dismiss.

Dated: 4/11/06

/s/ Gregory G. Hollows
_____
The Honorable Gregory G. Hollows

hodg0682.po

[Proposed] Order

1