IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW S. HODGINS,

    Plaintiff,                  No. CIV S-05-0682 MCE GGH P

    vs.

JEANNE S. WOODFORD, et al.,

    Defendants.            <u>ORDER</u>

_____/

       Counsel for defendant Campbell has requested an extension of time to respond to plaintiff's request for production of documents but has failed to include either a lodged proposed order via ECF in .pdf format or a proposed order via email in word processing format, both of which are required under the local rules. In order for the request to be considered, counsel must fully comply with Local Rule 5-137(b).

       IT IS SO ORDERED.

DATED: 5/12/06                           /s/ Gregory G. Hollows

                                                   GREGORY G. HOLLOWS
                                                   UNITED STATES MAGISTRATE JUDGE

GGH:009
hodg0682.lcr