IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW S. HODGINS,** | 2:05-cv-0682 MCE GGH P |
| Plaintiff, | **ORDER GRANTING DEFENDANT CAMPBELL'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS** |
| v. | |
| **JEANNE S. WOODFORD, et al,** | |
| Defendants. | |

Defendant Campbell's request for an extension of time to respond to Plaintiff's request for production of documents was considered by this Court, and good cause appearing

**IT IS HEREBY ORDERED** that Defendant Campbell has until June 2, 2006, to serve her responses to plaintiff's request for production of documents. No further extension of time will be granted.

Dated: 5/18/06                    /s/ Gregory G. Hollows

                                   _____
                                   The Honorable Gregory G. Hollows

[Proposed] Order

1

hodg0682.po2

[Proposed] Order

2