IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW S. HODGINS,

      Plaintiff,                                No. CIV S-05-0682 MCE GGH P

      vs.

JEANNE S. WOODFORD, et al.,

      Defendants.                   <u>ORDER</u>

/

      Plaintiff has requested a thirty-day extension of time to file objections to the March 21, 2007, findings and recommendations. Plaintiff's request, even by application of the mailbox rule, was filed on April 17, 2007, beyond the twenty-day period within which the objections were originally due. Nevertheless, the court will permit plaintiff additional time to file objections.

      Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's belated request for an extension of time, filed in the court's docket on April 23, 2007 (and per the mailbox rule, on April 17, 2007), is partially granted;

2. Plaintiff is granted twenty days from the date of this order in which to file objections to the March 21, 2007 findings and recommendations; and

\\\\\

3. There will be no further extension of time.

DATED: 5/2/07

/s/ Gregory G. Hollows

———————————————————
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
hodg0682.36