IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW S. HODGINS,

  Plaintiff,

 vs.

JEANNE S. WOODFORD, et al.,

  Defendants.

          /

No. CIV S-05-0682 MCE GGHP

ORDER

  Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

  On March 21, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.[1]

///

---

[1] Plaintiff was granted an extension of time to file objections by Order, filed on May 2, 2007.

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
2  304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire
3  file, the court finds the findings and recommendations to be supported by the record and by
4  proper analysis.
5  Accordingly, IT IS HEREBY ORDERED that:
6  1. The findings and recommendations filed March 21, 2007, are adopted in full;
7  and
8  2. Defendants' October 2, 2006, motion to dismiss the second amended
9  complaint is granted, and defendants Burruel, Grannis, Kernan and Woodford, as well as
10 unserved defendants Arceo and Cherry, are dismissed with prejudice from this action.

Dated:  September 25, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE